FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 2 9 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | DECREE OF FORFEITURE AND ORDER FOR DELIVERY |
| Plaintiff, | |
| -against- | Civil Action No. 04-~~1386~~ 2847. |
| UNITED STATES CURRENCY IN THE SUM OF NINETEEN THOUSAND TWO HUNDRED DOLLARS ($19,200) MORE OR LESS, AND ALL PROCEEDS TRACEABLE THERETO; | (Block, J.) (Pohorelsky, M.J.) |
| Defendants. | |

------------------------------x

Upon the declaration of Douglas A. Leff, Special Assistant United States Attorney, dated April 26, 2005, and upon all papers filed and proceedings had herein, and pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), and the application of the United States of America, plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that all of the persons or entities known or thought to have an interest in or claim to the defendant $19,200 in United States currency, more or less, and all funds traceable thereto (the "Defendant Funds"), which were seized in this action pursuant to a Summons and Warrant for Arrest of Articles <u>in rem</u> executed on or about August 6, 2004, having been given due notice of these proceedings, the ownership

interest in the Defendant Funds by claimant Mahboob Alam having been relinquished with prejudice, and to date no other person having interposed a claim, an answer, or other response of any kind to the Verified Complaint in rem, the default of all other persons having any interest in the Defendant Funds hereby is noted; and it is further

ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), all of the Defendant Funds, including all accumulated interest and proceeds traceable thereto, are hereby forfeited and condemned to the use and benefit of the United States of America; and it is further

ORDERED, ADJUDGED and DECREED that the United States Department of Justice, and its agents, be and the same is hereby directed to pay its costs incurred incident to this proceeding from the forfeited funds and to dispose of the remainder in accordance with all applicable laws and regulations; and it is further

ORDERED that the Clerk of the Court shall forward six certified copies of this Decree to the United States Attorney for

the Eastern District of New York, Attention: Special Assistant United States Attorney Douglas A. Leff, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201, telephone (718)-254-6035.

Dated: Brooklyn, New York
~~May~~ 4/27 2005

_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK